Case 4:17-cv-02289   Document 3   Filed on 07/26/17 in TXSD   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Lea S. Frye

*versus*  Case Number: 4:17–cv–02289
*SEALED*

Anadarko Petroleum Corp.

# NOTICE OF FILING OF SEALED CASE

This case has been opened and assigned to Judge Nancy F. Atlas. If a filing fee is required, then payment is due at this time.

All documents intended for filing in this case should be filed in conventional paper format with the United States District Court Clerk's Office for the Southern District of Texas.

Clerk of Court
P.O. Box 61010
Houston, Texas 77208

All documents must be clearly marked SEALED and presented to the Clerk in an envelope clearly marked SEALED.

Date: July 26, 2017.

David J. Bradley, Clerk