United States District Court
Southern District of Texas
**ENTERED**
May 15, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEA S. FRYE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-2289 |
| | § | |
| ANADARKO PETROLEUM CORP., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated in the accompanying memorandum and opinion, the defendant's motion to dismiss, (Docket Entry No. 38), is granted. This case is dismissed, with prejudice.

SIGNED on May 15, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge