UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Lea S. Frye

v.                                        Case Number: 4:17–cv–02289

Anadarko Petroleum Corp.

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 4/14/2020

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Status Conference

Date:   March 17, 2020

                                           David J. Bradley, Clerk