United States District Court
Southern District of Texas
**ENTERED**
May 01, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEA S. FRYE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-17-2289 |
| | § | |
| ANADARKO PETROLEUM CORP., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Anadarko has filed a motion in support of its revised document redactions. (Docket Entry No. 100). Frye must respond **by May 11, 2020**. The status conference is reset for **May 20, 2020, at 11:00 a.m., by telephone**. Call-in information will be provided to counsel by email.

SIGNED on May 1, 2020, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Lee H. Rosenthal
　　　　　　　　　　　　　　　　　　　Chief United States District Judge