IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEA S. FRYE, | § § | |
| *Plaintiff,* | § § | |
| vs. | § § | CASE NO. 4:17-CV-02289 |
| ANADARKO PETROLEUM CORP., | § § § | |
| *Defendant.* | § | |

### NOTICE REGARDING FILING OF UNSEALED RECORD

As the Court is aware, on June 23, 2020, it entered a Memorandum and Opinion regarding Anadarko's Motions to Seal. In its Memorandum and Opinion, the Court ordered the parties to file agreed record "documents" that are redacted consistent with the Court's rulings by July 20, 2020. Plaintiff hereby provides notice and requests permission to file the unsealed, redacted 1,036 page record as a single document. The documents in the filing will be in chronological order. Plaintiff provides this notice as it was unclear if the unsealed record was to be filed as a single document or whether each previously sealed filing was required to be re-filed separately.

1

Respectfully submitted,

**MINCES RANKIN PLLC**

By:   <u>*/s/ David M. Minces*</u>
  **David M. Minces**
  Attorney-in-Charge
  Federal I.D. No.: 435389
  State Bar No.: 24026880
  Email: david@mincesrankin.com
  **Aaron S. Rankin**
  Federal I.D. No.: 915877
  State Bar No.: 24060463
  Email: aaron@mincesrankin.com
  4545 Bissonnet Street, Suite 286
  Bellaire, Texas 77401
  Telephone: (346) 701-8563
  Facsimile: (713) 583-9795

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2020, the foregoing was filed and sent to Defendant's counsel via the Court's CM/ECF system.

**Gerard G. Pecht** (gerard.pecht@nortonrosefulbright.com)
**Carolyn Webb** (carolyn.webb@nortonrosefulbright.com)
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

**Peter A. Stokes** (peter.stokes@nortonrosefulbright.com)
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255

                <u>*/s/ David M. Minces*</u>
                  David M. Minces