IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEA S. FRYE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CASE NO. 4:17-CV-02289 |
| | § | |
| ANADARKO PETROLEUM CORP., | § | |
| | § | |
| *Defendant.* | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Lea S. Frye and Defendant Anadarko Petroleum Corporation jointly file this Stipulation of Dismissal and stipulate that the parties have resolved all of their disputes and request the dismissal with prejudice of Plaintiff's request for declaratory judgment−the only remaining request or claim in this action. This stipulation of dismissal terminates the above-captioned action with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted,

| | |
|---|---|
| By:    */s/ David M. Minces* | */s/ Gerard Pecht  w/perm* |
| **David M. Minces** | Gerard G. Pecht (Attorney-in-Charge) |
| Attorney-in-Charge | State Bar No. 15701800 |
| Federal I.D. No.: 435389 | Fed. Bar No. 4784 |
| State Bar No.: 24026880 | gerard.pecht@nortonrosefulbright.com |
| Email: david@mincesrankin.com | Carolyn Webb |
| **Aaron S. Rankin** | State Bar No. 24106558 |
| Federal I.D. No.: 915877 | Fed I.D. No. 3150994 |
| State Bar No.: 24060463 | carolyn.webb@nortonrosefulbright.com |
| Email: aaron@mincesrankin.com | NORTON ROSE FULBRIGHT US LLP |
| MINCES RANKIN PLLC | 1301 McKinney, Suite 5100 |
| 4545 Bissonnet Street, Suite 286 | Houston, TX 77010-3095 |
| Bellaire, Texas 77401 | Telephone: (713) 651-5151 |
| Telephone: (346) 701-8563 | Facsimile: (713) 651-5246 |
| Facsimile: (713) 583-9795 | |
| | Peter A. Stokes |
| **ATTORNEYS FOR PLAINTIFF** | State Bar No. 24028017 |
| | Fed. Bar No. 29636 |
| | peter.stokes@nortonrosefulbright.com |
| | NORTON ROSE FULBRIGHT US LLP |
| | 98 San Jacinto Boulevard, Suite 1100 |
| | Austin, Texas 78701-4255 |
| | Telephone: (512) 474-5201 |
| | Facsimile: (512) 536-4598 |
| | |
| | **ATTORNEYS FOR DEFENDANT** |

### CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2020, the foregoing was filed and sent to Defendant's counsel via the Court's CM/ECF system.

    **Gerard G. Pecht** (gerard.pecht@nortonrosefulbright.com)
    **Carolyn Webb** (carolyn.webb@nortonrosefulbright.com)
    Norton Rose Fulbright US LLP
    1301 McKinney, Suite 5100
    Houston, Texas 77010-3095

    **Peter A. Stokes** (peter.stokes@nortonrosefulbright.com)
    Norton Rose Fulbright US LLP
    98 San Jacinto Boulevard, Suite 1100
    Austin, Texas 78701-4255

                                           */s/ David M. Minces*
                                             David M. Minces