United States District Court
Southern District of Texas
**ENTERED**
July 30, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEA S. FRYE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CASE NO. 4:17-CV-02289 |
| | § | |
| ANADARKO PETROLEUM CORP., | § | |
| | § | |
| *Defendant.* | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Lea S. Frye and Defendant Anadarko Petroleum Corporation jointly file this Stipulation of Dismissal and stipulate that the parties have resolved all of their disputes and request the dismissal with prejudice of Plaintiff's request for declaratory judgment–the only remaining request or claim in this action. This stipulation of dismissal terminates the above-captioned action with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted,

<table>
<tr><td>

By:    */s/ David M. Minces*
**David M. Minces**
Attorney-in-Charge
Federal I.D. No.: 435389
State Bar No.: 24026880
Email: david@mincesrankin.com
**Aaron S. Rankin**
Federal I.D. No.: 915877
State Bar No.: 24060463
Email: aaron@mincesrankin.com
MINCES RANKIN PLLC
4545 Bissonnet Street, Suite 286
Bellaire, Texas 77401
Telephone: (346) 701-8563
Facsimile:  (713) 583-9795

**ATTORNEYS FOR PLAINTIFF**

</td><td>

*/s/ Gerard Pecht    w/perm*
Gerard G. Pecht (Attorney-in-Charge)
State Bar No. 15701800
Fed. Bar No. 4784
gerard.pecht@nortonrosefulbright.com
Carolyn Webb
State Bar No. 24106558
Fed I.D. No. 3150994
carolyn.webb@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Peter A. Stokes
State Bar No. 24028017
Fed. Bar No. 29636
peter.stokes@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598

**ATTORNEYS FOR DEFENDANT**

</td></tr>
</table>

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2020, the foregoing was filed and sent to Defendant's counsel via the Court's CM/ECF system.

    **Gerard G. Pecht** (gerard.pecht@nortonrosefulbright.com)
    **Carolyn Webb** (carolyn.webb@nortonrosefulbright.com)
    Norton Rose Fulbright US LLP
    1301 McKinney, Suite 5100
    Houston, Texas 77010-3095

    **Peter A. Stokes** (peter.stokes@nortonrosefulbright.com)
    Norton Rose Fulbright US LLP
    98 San Jacinto Boulevard, Suite 1100
    Austin, Texas 78701-4255

                                                    */s/ David M. Minces*
                                                       David M. Minces

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEA S. FRYE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CASE NO. 4:17-CV-02289 |
| | § | |
| ANADARKO PETROLEUM CORP., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

The parties in the above styled and numbered cause of action have filed a Joint Stipulation of Dismissal pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is ORDERED that the request for declaratory judgment asserted by Plaintiff Lea S. Frye against Defendant Anadarko Petroleum Corporation is dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

SIGNED on this _____ day of _____, 2020.

Lee H. Rosenthal
Chief United States District Judge